THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER CASTIGLIONE v. HARRY M. KAISER, Agent and Warden of Clinton Prison, Dannemora, N. Y.— Application denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. TILMAN J. KARR, Doing Business as THE TROY CONTRACTING COMPANY and Another, Respondents.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent.    ANTONIO PERINO and Another, Appellants, v. LACKAWANNA STEEL COMPANY and Another, Respondents.— Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals granted.

ARTHUR V. PRATT, Respondent, v. W. W. ELZEA, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent.    BLANCHE OPRESKO and Others, Respondents, v. ZIMA & STANNIS, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    WILLIAM REEVES, Respondent, v. THOMAS C. LUTHER and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    LEONORA SHEARER and Others, Respondents, v. THE NIAGARA FALLS POWER COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    SAMUEL SIDGMOR, Respondent, v. WAGNER CONSTRUCTION AND REPAIR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

CHARLES F. SPARKS, Respondent, v. HAZEL E. COATS, Appellant.— Each motion granted, with ten dollars costs, unless within thirty days defendant pays said costs and perfects her appeals, in which event motions denied.

Before STATE INDUSTRIAL BOARD, Respondent.    MRS. ALLEN STEVENS, Respondent, v. AMERICAN BODY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.    MRICZHALZNA TANSKI, Appellant, Impleaded with Others, v. INTERNATIONAL GENERAL ELECTRIC COMPANY, Respondent.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent.    ROSE TIMPA, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Motion denied, with ten dollars costs to the claimant against the appellants.

VIOLA JACKSON WILD, Appellant, v. SMITH MOREY and Another, as Executors, etc., of DELIA E. TRACY, Deceased, and Others, Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the authority of *Adams* v. *Swift* (169 App. Div. 802).    All concur, except Hinman and McCann, JJ., dissenting on the authority of *Burns* v. *McCormick* (233 N. Y. 230).